| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Alfred J. Verdi, Esq.**<br>**Verdi Law Group, PC**<br>**2829 N. Glenoaks Blvd.**<br>**Suite 206**<br>**Burbank, CA 91504**<br>**818-845-3100 Fax: 818-845-3101**<br>California State Bar Number: **101447**<br>**al@verdilaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**William Paul Seiverd, Jr.** | CASE NO.: **2:11-bk-48186-WB** |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1.  DEED OF TRUST [OR MORTGAGES]**<br><br>**[LBR 3015-1(e) and LBR 3015-1(m)]** |
| Debtor(s). | [No Hearing Required] |

I, (*Debtor's name*), __William Paul Seiverd, Jr.__ , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __9/8/11__ .

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

___

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          Page 1          **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **29238 Sequoia Rd, Canyon Country CA 91351** | Name of Creditor (*printed*): <u>BAC Home Loan Servicing, LP</u> (*check one*) ☒ Deed of Trust/Mortgage - 1st ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 $ 3,200.00 | 10/15/11 11/15/11 12/15/11 1/15/12 2/15/12 3/15/12 4/15/12 5//15/12 6/15/12 | 10/11/11 11/12/11 12/09/11 1/14/12 2/11/12 3/11/12 4/13/12 5/11/12 6/08/12 |
| | Name of Creditor (*printed*): <u>BAC Home Loan Servicing, LP</u> (*check one*) ☒ Deed of Trust/Mortgage - 2nd ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | $ 230.19 $ 230.19 $ 230.19 $ 230.19 $ 230.19 $ 230.19 $ 230.19 $ 230.19 $ 230.19 | 10/15/11 11/15/11 12/15/11 1/15/12 2/15/12 3/15/12 4/15/12 5/15/12 6/15/12 | 10/11/11 11/12/11 12/09/11 1/14/12 2/11/12 3/11/12 4/13/12 5/11/12 6/08/12 |
| | Name of Creditor (*printed*): _ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): _ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |

_____
[1]Attach additional pages if necessary.
[2]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 2    **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

6.    ☐ Continued on Attached Page.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    **July 5, 2012**                             /s/ William Paul Seiverd
                                                       **William Paul Seiverd, Jr.**
                                                       *Debtor*

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 3                    **F 3015-1.4.DEC.PRECONF.PYMTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2829 N. Glenoaks Blvd., Suite 206, Burbank, CA 91504**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:  DEED OF TRUST [OR MORTGAGES]**
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **7/5/12**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Nancy K Curry (TR)**
**ecfnc@trustee13.com**

**United States Trustee (LA)**
**ustpregion16.la.ecf@usdoj.gov**

**Alfred J Verdi on behalf of Debtor William Seiverd**
**verdilawgroup@gmail.com, al@verdilaw.com;anthony@verdilaw.com;serina@verdilaw.com;tanya@verdilaw.com**

**Edward T Weber on behalf of Interested Party Courtesy NEF**
**bknotice@rcolegal.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **7/5/12**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BAC Home Loan Servicing, LP**
**POB 5170**
**Simi Valley CA 93062**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July  5, 2012** | Lynn Pineda | *(signed)* Lynn Pineda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* — Page 4 — **F 3015-1.4.DEC.PRECONF.PYMTS**

| | | |
|---|---|---|
| 0000452  11-24 | **CASHIER'S CHECK** | SERIAL #: 0045205307 |
| Office AU #  1210(8) | | ACCOUNT#: 4861-505287 |

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu006213    cu004034

October 11, 2011

PAY TO THE ORDER OF    ***BANK OF AMERICA HOME LOANS SERVICING, LP***
***ACCT# 136371081***

***Three thousand two hundred dollars and no cents***    **$3,200.00**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203  11038676

---

| | | |
|---|---|---|
| 0000452  11-24 | **CASHIER'S CHECK** | SERIAL #: 0045205308 |
| Office AU #  1210(8) | | ACCOUNT#: 4861-505287 |

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu006213    cu004034

October 11, 2011

PAY TO THE ORDER OF    ***BANK OF AMERICA HOME LOAN SERVICING, LP***
***ACCT# 136371073***

***Two hundred thirty dollars and 19 cents***    **$230.19**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203  11038676

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
LOS ANGELES CA 90051   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0156 |
| Certified Fee | $2.85 | 29 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.29 | 10/11/2011 |

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles CA 90051-6803
PS Form 3800, August 2006    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
LOS ANGELES CA 90051   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0156 |
| Certified Fee | $2.85 | 29 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.29 | 10/11/2011 |

Sent To: BAC Home Loan Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles CA 90051-6804
PS Form 3800, August 2006    See Reverse for Instructions

| 0000452 | 11-24 | **CASHIER'S CHECK** | SERIAL #: 0045205415 |
| Office AU # | 1210(8) | | ACCOUNT#: 4861-505287 |

Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu014680

November 12, 2011

PAY TO THE ORDER OF    \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
                       \*\*\*RE: ACCOUNT # 136371081\*\*\*

\*\*\*Three thousand two hundred dollars and no cents\*\*\*        **\*\*$3,200.00\*\***

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203   11038676

---

| 0000452 | 11-24 | **CASHIER'S CHECK** | SERIAL #: 0045205416 |
| Office AU # | 1210(8) | | ACCOUNT#: 4861-505287 |

Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu014680

November 12, 2011

PAY TO THE ORDER OF    \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
                       \*\*\*RE: ACCOUNT # 136371073\*\*\*

\*\*\*Two hundred thirty dollars and 19 cents\*\*\*        **\*\*$230.19\*\***

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203   11038676



| 0000452 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | | | |

**CASHIER'S CHECK**

SERIAL #: 0045205539
ACCOUNT #: 4861-505287

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu014680

December 09, 2011

PAY TO THE ORDER OF   \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
\*\*\*ACCOUNT # 136371081\*\*\*

\*\*\*Three thousand two hundred dollars and no cents\*\*\*   \*\*$3,200.00\*\*

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

---

| 0000452 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: 0045205540
ACCOUNT #: 4861-505287

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu014680

December 09, 2011

PAY TO THE ORDER OF   \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
\*\*\*ACCOUNT # 136371073\*\*\*

\*\*\*Two hundred thirty dollars and 19 cents\*\*\*   \*\*$230.19\*\*

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.29 |

Postmark Here: 12/10/2011

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO Box 515503
City, State, ZIP+4: Los Angeles CA 90051-6803

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.29 |

Postmark Here: 12/10/2011

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO Box 515504
City, State, ZIP+4: Los Angeles CA 90051-6804

PS Form 3800, August 2006

## CASHIER'S CHECK

| | |
|---|---|
| 0000452 — Office AU # | 11-24 — 1210(8) |
| Purchaser: | BILL SEIVERD |
| Purchaser Account: | 8888483297 |
| Operator I.D.: | cu003170 |

SERIAL #: 0045205679
ACCOUNT #: 4861-505287

PAY TO THE ORDER OF  ***BANK OF AMERICA HOME LOANS SERVICING, LP***
***RE: ACC. #136371081***

January 14, 2012

***Three thousand two hundred dollars and no cents***   **$3,200.00**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203   11038676

---

## CASHIER'S CHECK

| | |
|---|---|
| 0000452 — Office AU # | 11-24 — 1210(8) |
| Purchaser: | BILL SEIVERD |
| Purchaser Account: | 8888483297 |
| Operator I.D.: | cu003170 |

SERIAL #: 0045205680
ACCOUNT #: 4861-505287

PAY TO THE ORDER OF  ***BANK OF AMERICA HOME LOANS SERVICING, LP***
***RE: ACC.#136371073***

January 14, 2012

***Two hundred thirty dollars and 19 cents***   **$230.19**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203   11038676

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here: JAN 14 2012

7011 0110 0001 7624 2489

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles, CA 90051-6804

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here: JAN 14 2012

7011 0110 0001 7624 2496

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803

PS Form 3800, August 2006                See Reverse for Instructions

| 0000452 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: 0045205777
ACCOUNT#: 4861-505287

Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu010666

February 11, 2012

PAY TO THE ORDER OF    \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
\*\*\*RE: ACCOUNT 136371081\*\*\*

*\*\*\*Three thousand two hundred dollars and no cents\*\*\**    **\*\*$3,200.00\*\***

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

---

| 0000452 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: 0045205778
ACCOUNT#: 4861-505287

Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu010666

February 11, 2012

PAY TO THE ORDER OF    \*\*\*BANK OF AMERICA HOME LOANS SERVICING, LP\*\*\*
\*\*\*RE: ACCOUNT 136371073\*\*\*

*\*\*\*Two hundred thirty dollars and 19 cents\*\*\**    **\*\*$230.19\*\***

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here    FEB 11 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No. PO BOX 515504
City, State, ZIP+4 Los Angeles, CA 90051-6804

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here    FEB 11 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No. PO BOX 515503
City, State, ZIP+4 Los Angeles, CA 90051-6803

PS Form 3800, August 2006    See Reverse for Instructions

**CASHIER'S CHECK**

SERIAL #: 0045200116
ACCOUNT #: 4861-511475

Office AU #: 1210(8)
Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu014680

March 11, 2012

PAY TO THE ORDER OF   ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                     ***RE: ACCOUNT # 136371081***

***Three thousand two hundred dollars and no cents***            **$3,200.00**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

NON-NEGOTIABLE

**Purchaser Copy**

FB004   M4203   11038676

---

**CASHIER'S CHECK**

SERIAL #: 0045200109
ACCOUNT #: 4861-511442

Office AU #: 0000452   11-24   1210(8)
Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu014680

March 11, 2012

PAY TO THE ORDER OF   ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                     ***RE: ACCOUNT # 136371073***

***Two hundred thirty dollars and 19 cents***            **$230.19**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 230.19

NON-NEGOTIABLE

**Purchaser Copy**

FB004   M4203   11038676

---

U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

Postmark: MAR 12 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles, CA 90051-6804

---

U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

Postmark: MAR 12 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803

| 0000452 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | **CASHIER'S CHECK** | SERIAL #: | 0045200147 |
| | | | ACCOUNT#: | 4861-511475 |

Purchaser: **BILL SEIVERD**
Purchaser Account: **8888483297**
Operator I.D.: **cu006189**

April 13, 2012

PAY TO THE ORDER OF     ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                        ***REF: ACCOUNT #136371081***

***Three thousand two hundred dollars and no cents***              **$3,200.00**

**WELLS FARGO BANK, N.A.**
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    11038676

---

| 0000452 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | **CASHIER'S CHECK** | SERIAL #: | 0045200120 |
| | | | ACCOUNT#: | 4861-511442 |

Purchaser: **BILL SEIVERD**
Purchaser Account: **8888483297**
Operator I.D.: **cu006189**

April 13, 2012

PAY TO THE ORDER OF     ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                        ***REF: ACCOUNT #136371073***

***Two hundred thirty dollars and 19 cents***              **$230.19**

**WELLS FARGO BANK, N.A.**
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    11038676

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Postmark Here

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles, CA 90051-6804

PS Form 3800, August 2006     See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Postmark Here

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803

PS Form 3800, August 2006     See Reverse for Instructions

## CASHIER'S CHECK

| | |
|---|---|
| 0000451  11-24 | SERIAL #: 0045260165 |
| Office AU #  1210(8) | ACCOUNT#: 4861-511475 |

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu010666

May 11, 2012

PAY TO THE ORDER OF    ***BANK OF AMERICA HOME LOANS SERVICING, LP***
***RE: ACCOUNT # 136371081***

***Three thousand two hundred dollars and no cents***    **$3,200.00**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

NON-NEGOTIABLE

**Purchaser Copy**

FB004  M4203  10326821

---

## PERSONAL MONEY ORDER

| | |
|---|---|
| 0000452  11-24 | SERIAL #: 0045207280 |
| Office AU #  1210(8) | ACCOUNT#: 4861-505378 |

Purchaser: **BILL SEIVERD**
Purchaser Account: 8888483297
Operator I.D.: cu010666

May 11, 2012

PAY TO THE ORDER OF    ***BANK OF AMERICA HOME LOANS SERVICING, LP***
***RE: ACCOUNT # 136371073***

***Two hundred thirty dollars and 19 cents***    **$230.19**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 230.19

NON-NEGOTIABLE

**Purchaser Copy**

FB004  M4203  10326821

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7011 1150 0000 6584 1538

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles, CA 90051-6804
PS Form 3800, August 2006

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7011 1150 0000 6584 1521

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803
PS Form 3800, August 2006

**CASHIER'S CHECK**

| | |
|---|---|
| 0000452  11-24 | SERIAL #: 0045200131 |
| Office AU #  1210(8) | ACCOUNT #: 4861-511475 |
| Purchaser: BILL SEIVERD | |
| Purchaser Account: 8888483297 | |
| Operator I.D.: cu014680 | June 08, 2012 |

PAY TO THE ORDER OF   ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                     ***ACCOUNT # 136371081***

***Three thousand two hundred dollars and no cents***            **$3,200.00**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 3,200.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203  11038676

---

**CASHIER'S CHECK**

0000452  11-24
Office AU #  1210(8)
Purchaser: BILL SEIVERD
Purchaser Account: 8888483297
Operator I.D.: cu014680

SERIAL #: 0045200135
ACCOUNT #: 4861-511442

June 08, 2012

PAY TO THE ORDER OF   ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                     ***ACCOUNT # 136371073***

***Two hundred thirty dollars and 19 cents***            **$230.19**

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 230.19

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203  11038676

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

7011 1150 0000 6584 1798

Postmark: JUN 08 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

7011 1150 0000 6584 1804

Postmark: JUN 08 2012

Sent To: BAC Home Loans Servicing LP
Street, Apt. No.; or PO Box No.: PO BOX 515504
City, State, ZIP+4: Los Angeles, CA 90051-6804

PS Form 3800, August 2006