# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

In re William Paul Seiverd  
Debtor

Case No. 11-48186  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 1073

**Date of payment change:** 09/25/2012  
Must be at least 21 days after date of this notice

**New total payment:** $229.38  
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No  
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____   New interest rate: _____

Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No  
☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: CHANGE IN PRINCIPAL - DETAILS REFLECTED IN MONTHLY

Current mortgage payment: $229.40   New mortgage payment: $229.38

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Danette Murrell
Assistant Vice President

Date  09/04/2012

Print:  Danette Murrell

Title  Assistant Vice President

Company  Bank of America, N.A.
Address  2380 Performance Dr
Richardson, TX 75082

Specific Contact Information:
Phone: 214-209-8384
Email: danette.murrell@bankofamerica.com

198200-17fd63cb-93be-402b-bc10-491e15f3e337

# CERTIFICATE OF SERVICE

I hereby certify that on September 04, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

William Paul Seiverd, Jr.
29238 Sequoia Rd
Canyon Country, CA 91387

Debtor's Attorney:

Alfred J Verdi
Verdi Law Group PC
2829 N Glenoaks Blvd, Ste.206
Burbank, CA 91504

Trustee:

Nancy K Curry (TR)
700 S Flower Street, Suite 1215
Los Angeles, CA 90017

/s/ Bill Taylor

Authorized Agent

198200-05e63df2-40d4-4169-a15c-2f13e0e4a75c