| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Alfred J. Verdi, Esq.**<br>**18840 Ventura Blvd Ste 202**<br>**Tarzana, CA  91356**<br>**Phone: 818-705-1100   Fax:**<br>**Email: al@verdilaw.com**<br>**Bar Number: 101447**<br><br><br>[  ] *Respondent appearing without attorney*<br>[X ] *Attorney for Respondent:*  **Seiverd,, William Paul Jr.** | FOR COURT USE ONLY |
|---|---|
| **United States Bankruptcy Court**<br>**Central District of California, Los Angeles Division** ||

| In re :<br>**Seiverd, William Paul Jr.**<br><br><br><br><br><br><br>Debtor (s). | CASE NO:  **11-bk-48186-WB**<br>CHAPTER  **13** |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: June 9, 2015<br>TIME: 10:00 AM<br>COURTROOM:  1375<br>PLACE:   255 E Temple St., Los Angeles, CA 90012 |
| **Movant:**   WILMINGTON SAVINGS FUND SOCIETY, FSB ||

**Respondent:**   [ X ] Debtor      [  ] Trustee      [  ] Other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
> Then the document must be filed with the court.

1. [  ] **NONOPPOSITION:**

    The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                              Page  1                                                **F 4001-1.RFS.RESPONSE**

2. [ ] **LIMITED OPPOSITION**

   a. [ ] Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):

   b. [ ] As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) [ ] has no knowledge of the Property.

   (2) [ ] has no interest in the Property.

   (3) [ ] has no actual possession of the Property.

   (4) [ ] was not involved in the transfer of the Property.

   c. [ ] Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. [X] **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. [ ] The Motion was not properly served (*specify*):

   (1) [ ] Not all of the required parties were served.

   (2) [ ] There was insufficient notice of the hearing.

   (3) [ ] An incorrect address for service of the Motion was used for (*specify*):

   b. [ ] Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

   (1) [ ] The value of the Property is $ _____, based upon (*specify*):

   (2) [ ] Total amount of debt (loans) on the Property is $ _____.

   (3) [X] More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit ____A_____.

   (4) [ ] There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

   (5) [ ] The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

   (6) [ ] The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

   (7) [ ] The Property is insured. Evidence of current insurance is attached as Exhibit _____.

___
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                          Page 2                                          **F 4001-1.RFS.RESPONSE**

    (8)  [ ] Movant's description of the status of the unlawful detainer proceeding is not accurate.

    (9)  [ ] Respondent denies that this bankruptcy case was filed in bad faith.

    (10)  [ ] The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

    (11)  [ ] Other (*specify*):

  c.  [X] Respondent asserts the following as shown in the declaration(s) filed with this Response:
    (1)  [ ] The bankruptcy case was converted from chapter ___ to chapter ____.

    (2)  [X] All postpetition arrearages, if any, will be cured by the hearing date on this motion. Alternatively Debtor will seek to secure an Adequate Protection Order

    (3)  [ ] The Property is fully provided for in the chapter 13 plan and all postpetition plan payments [ ] are current, or [ ] will be cured by the hearing date on this motion.

    (4)  [ ] The Debtor has equity in the Property in the amount of $ _____.

    (5)  [ ] Movant has an equity cushion of $ _____ or _____ % which is sufficient to provide adequate protection.

    (6)  [ ] The Property is necessary for an effective reorganization because (*specify*):

    (7)  [ ] The motion should be denied because (*specify*):

    (8)  [ ] An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**
   Attached are the following documents in support of this Response:

  [X] Declaration by the Debtor                         [ ] Declaration by the Debtor's attorney
  [ ] Declaration by trustee                                    [ ] Declaration by trustee's attorney
  [ ] Declaration by appraiser                                  [ ] Other (*specify*):

Date   **May 11, 2015**                                 **Verdi Law Group, APLC**
                                                             Printed name of law firm for Respondent (if applicable)

                                                             Alfred J. Verdi, Esq.
                                                             Printed name of individual Respondent or attorney for Respondent

                                                             */s/ A. Verdi*
                                                             Signature of individual Respondent or attorney for Respondent

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                             Page 3                                      **F 4001-1.RFS.RESPONSE**

# EXHIBIT A

*Date: May 19, 2015*    *Wells Fargo PhotoCopy Request*    *Page 1 of 1*

*Reference: 2000681256088:2000681262088:2000681262088*



**R/T Number**        10700543
**Sequence Number** 8118233625
**Account Number**   4861511475

**Processing Date**  20150120
**Amount**           3405.11
**Check Number**     45200944

*Date: May 19, 2015*                *Wells Fargo PhotoCopy Request*                *Page 1 of 4*

*Reference: 2000681226742:2000681232742:2000681232742*



**R/T Number**       10700543         **Processing Date**  20140917
**Sequence Number**  8512558389       **Amount**           3405.11
**Account Number**   4861511475       **Check Number**     45200823

*Date: May 19, 2015*  *Wells Fargo PhotoCopy Request*  *Page 2 of 4*

*Reference: 2000681226742:2000681232742:2000681232742*



**R/T Number**       10700543
**Sequence Number** 8512558391
**Account Number**   4861511442

**Processing Date** 20140917
**Amount**          230.19
**Check Number**    45200887

*Date: May 19, 2015*                *Wells Fargo PhotoCopy Request*                *Page 3 of 4*

*Reference: 2000681226742:2000681232742:2000681232742*



**R/T Number**         10700543
**Sequence Number**  8716296039
**Account Number**   4861511475

**Processing Date**  20141020
**Amount**           3405.11
**Check Number**     45200855

*Date: May 19, 2015*          *Wells Fargo PhotoCopy Request*          *Page 4 of 4*

*Reference: 2000681226742:2000681232742:2000681232742*



**R/T Number**     10700543
**Sequence Number** 8716296040
**Account Number** 4861511442

**Processing Date** 20141020
**Amount** 230.19
**Check Number** 45200934

*Date: May 19, 2015*                *Wells Fargo PhotoCopy Request*                *Page 1 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**       10700543            **Processing Date**   20150102
**Sequence Number** 8214742712           **Amount**            230.19
**Account Number**  4861511442           **Check Number**      45201049

*Date: May 19, 2015*        *Wells Fargo PhotoCopy Request*        *Page 2 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number** 10700543
**Sequence Number** 8313398016
**Account Number** 4861511442

**Processing Date** 20150219
**Amount** 230.19
**Check Number** 45201115

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**   10700543
**Sequence Number** 8313398017
**Account Number**  4861511475

**Processing Date**  20150219
**Amount**   3405.11
**Check Number**  45200961

*Date: May 19, 2015*                    *Wells Fargo PhotoCopy*                    *Page 4 of 9*
                                              *Request*

*Reference: 2000681253748:2000681259748:2000681259748*

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| 0000452 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | | **CASHIER'S CHECK** | 0045200922 |

Operator I.D.: cu004684

                                                                    December 24, 2014

PAY TO THE ORDER OF    ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                      ***RE: ACCOUNT # 136371081***

***Three thousand four hundred five dollars and 11 cents***            **$3,405.11**

WELLS FARGO BANK, N.A.                                   VOID IF OVER US $ 3,405.11
26900 SIERRA HWY
SANTA CLARITA, CA 91321
FOR INQUIRIES CALL (480) 394-3122                              *Richard Levy*
                                                                  CONTROLLER

⑆0045200922⑆ ⑈121000248⑈4861 511475⑈

---

0142175779

    404881 40818002   Credited Within
    136371081 01012015   Named Payee
    BAC >121000358<
    #1233178818 PM

466399 01/01/2015 21 42 i3 BACHL EPW Check Only NBKIGPC 82 EPW

---

**R/T Number**       10700543         **Processing Date**   20150105
**Sequence Number** 8516158740        **Amount**            3405.11
**Account Number**  4861511475        **Check Number**      45200922

*Date: May 19, 2015*     *Wells Fargo PhotoCopy Request*     *Page 5 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**        10700543
**Sequence Number** 8518554718
**Account Number**   4861511442

**Processing Date**  20150122
**Amount**           230.19
**Check Number**     45201069

*Date: May 19, 2015*     *Wells Fargo PhotoCopy Request*     *Page 6 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**       10700543
**Sequence Number**  8614547037
**Account Number**   4861511442

**Processing Date**  20150403
**Amount**           230.19
**Check Number**     45201174

*Date: May 19, 2015*          *Wells Fargo PhotoCopy Request*          *Page 7 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**         10700543
**Sequence Number** 8614710372
**Account Number**    4861511475

**Processing Date**  20150406
**Amount**           3405.11
**Check Number**     45201018

*Date: May 19, 2015*     *Wells Fargo PhotoCopy Request*     *Page 8 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*



**R/T Number**        10700543
**Sequence Number** 8618041341
**Account Number**  4861511442

**Processing Date** 20150429
**Amount**          230.19
**Check Number**    45201254

*Date: May 19, 2015*         *Wells Fargo PhotoCopy Request*         *Page 9 of 9*

*Reference: 2000681253748:2000681259748:2000681259748*

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**0000452** | **11-24**
Office AU # | 1210(8)

**CASHIER'S CHECK**                         0045201050

Remitter: **BILL SEIVERD**
Operator I.D.: u110544

                                             April 25, 2015

PAY TO THE ORDER OF   ***BANK OF AMERICA HOME LOANS SERVICING, LP***
                      ***RE: ACCOUNT #136371081***

***Three thousand four hundred five dollars and 11 cents***          **$3,405.11**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
26900 SIERRA HWY
SANTA CLARITA, CA 91321                       VOID IF OVER US $ 3,405.11
FOR INQUIRIES CALL (480) 394-3122

                                                 Richard Levy
                                                 CONTROLLER

⑆0045201050⑆ ⑈121000248⑈ 4861 511475⑈

---

                                                              0149884887

424750  65533064    Credited Within
136371081  04282015  Named Payee
BAC >121000358<
#12331 78818 PM

446860 04/28/2015 55 128 i3 BACHL EPW Check Only nbk0ixm 91 EPW

---

**R/T Number**          10700543          **Processing Date**  20150430
**Sequence Number**     8618160921        **Amount**            3405.11
**Account Number**      4861511475        **Check Number**      45201050